IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID SCURA,                           §
                                       §
              Plaintiff,               §
                                       §  Civil Action No. 3:23-CV-0680-D
VS.                                    §
                                       §
HEPPNER, et al.,                       §
                                       §
              Defendanta.              §

## ORDER

The court is advised by the clerk of court that Joseph D. Cohen, Esquire ("Counsel"), whose name appears on a pleading in this case, is not a member of the Bar of the Northern District of Texas.  Accordingly, within 14 days of the date of this order, Counsel shall either (1) provide to the court, and to the clerk of court, satisfactory documentation of membership[*] or (2) apply for membership in the Bar of this court or for admission *pro hac vice* for this case.

**SO ORDERED**.

May 1, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

---

[*]A letter stating the date of Counsel's admission to the Bar of this court is satisfactory documentation.