## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| DAVID SCURA, AND CLIFFORD DAY, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>BRAD K. HEPPNER, JON R. SABES, STEVEN F. SABES, PETER T. CANGANY, RICHARD W. FISHER, THOMAS O. HICKS, DENNIS P. LOCKHART, BRUCE W. SCHNITZER, THE BENEFICIENT COMPANY GROUP L.P., FOXO TECHNOLOGIES INC., and EMERSON EQUITY LLC,<br><br>                    Defendants. | Case No. 3:23-cv-00680-D |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Plaintiffs, David Scura and Clifford Day, hereby give notice that Plaintiffs voluntarily dismiss this action without prejudice against all Defendants, Brad K. Heppner, Jon R. Sabes, Steven F. Sabes, Peter T. Cangany, Richard W. Fisher, Thomas O. Hicks, Dennis P. Lockhart, Bruce W. Schnitzer, The Beneficient Company Group, LP, Foxo Technologies Inc., and Emmerson Equity LLC,  pursuant to Fed. R. Civ. P. 41(a)(1) and request the court to docket the dismissal on its records without further notice or appearance of counsel. No answer or motion for summary judgment has been filed by any Defendant.

Dated: June 8, 2023

By: */s/ William B. Federman*
William B. Federman, TBA #00794935
FEDERMAN & SHERWOOD
212 W. Spring Valley Road
Richardson, TX 75081
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

Joseph D. Cohen
Garth A. Spencer
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
jcohen@glancylaw.com
gspencer@glancylaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, June 8, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ William B. Federman*
William B. Federman