# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID SCURA AND CLIFFORD DAY,** individually and on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| | § | **CIVIL ACTION NO. 3:23-CV-00680-X** |
| v. | § § | |
| **BRAD K. HEPPNER.,** *et al.*, | § § | |
| Defendants. | § § | |

**REPLY IN SUPPORT OF MOTION OF THOMAS HORTON AND FRANK MOORE TO DEFER RULING ON APPOINTMENT OF LEAD PLAINTIFF OR, IN THE ALTERNATIVE, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

Although this case was voluntarily dismissed [Doc. No. 23], in view of the mandatory provisions of the Private Securities Litigation Reform Act ("PSLRA"), movants Thomas Horton and Frank Moore ("Movants") respectfully submit this response to the other lead plaintiff motions that were filed [Doc. Nos. 10 & 11, 12 & 13, 18 & 19]. *See* 15 U.S.C. § 78u-4(a)(3)(B)(i) ("the court shall consider any motion made by a purported class member in response to the notice"); *Lipetz v. Wachovia Corp.*, 2008 WL 4615895, at *1 n.2, *3 (S.D.N.Y. Oct. 10, 2008) (PSLRA deadline runs from the filing of the first complaint even where it has been voluntarily dismissed).

*Scura* was one of three proposed class actions arising in connection with GWG Holdings, Inc.'s related bankruptcy proceeding, *In re GWG Holdings, Inc., et al.*, No. 22-90032 (MI) (Bankr. S.D. Tex.) (the "Bankruptcy"). With *Scura* now dismissed, the remaining cases are *Bayati v. GWG Holdings, Inc., et al.*, No. 3:22-cv-00410-B (N.D. Tex.) ("*Bayati*"), and *Horton v. Heppner, et al.*, No. 3:23-cv-01230-X (N.D. Tex.) ("*Horton*"). Movants believe *Bayati* and *Horton* arise out of a common nucleus of operative fact under Local Rule 3.3 and should be assigned to a single judge for further proceedings. While *Bayati* remains stayed pending the disposition of the Bankruptcy, a chapter 11 plan was confirmed on June 20, 2023 [Bankruptcy, Doc. No. 1952], and the automatic stay will be vacated when the plan is made effective [*id.* at pp. 37, 135 of 222], which counsel expect will occur in the next 30-60 days.

For the reasons set forth in Movants' opening brief [Doc. No. 16-1], the Court should not appoint a lead plaintiff in this action because Horton and Moore already were appointed lead plaintiff in *Bayati*, the first-filed action, on August 5, 2022 [*Bayati* Doc. No. 51]. Moreover, even if the Court were to entertain the lead plaintiff motions despite the prior lead plaintiff appointment and before consolidation of *Horton* with *Bayati*, the record confirms Movants have the largest interest and thus are the presumptive lead plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Horton

1

and Moore together purchased $5,941,000 worth of the subject securities.  [Doc. No. 17 at pp. 20, 23 of 56].  The other remaining movants, Xiaoling Xu and FMuller LLC, claim purchases of $100,000 [Doc. No. 13-1 at p. 10 of 39] and $200,000 [Doc. No. 19 at p. 10 of 17], respectively.

Dated: June 23, 2023

**GIRARD SHARP LLP**

_____
Daniel C. Girard (*pro hac vice* application forthcoming)
Adam E. Polk (*pro hac vice* application forthcoming)
Jordan Elias (*pro hac vice* application forthcoming)
Sean Greene (*pro hac vice* application forthcoming)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com
jelias@girardsharp.com
sgreene@girardsharp.com

Paul D. Malmfeldt (*pro hac vice* application forthcoming)
**MALMFELDT LAW GROUP P.C.**
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
Tel: (312) 606-8625
pdm@malmfeldt.com

Warren T. Burns (TXBN 24053119)
Spencer Cox (TXBN 24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
scox@burnscharest.com

*Attorneys for Thomas Horton and Frank Moore*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via ECF upon all counsel of record on June 23, 2023.

/s/ *Daniel C. Girard*
Daniel C. Girard

3